136 A.3d 976

ADAMS TOWNSHIP

v.

RICHLAND TOWNSHIP; Cambria County; Watkins Glen Prop-
erties, Inc.; Clarann Hillenbrand, Dorian Frazier and Joanne
Frazier; Debra Kuhne; Thomas Costa and Pamela Costa;
David Anderson and Jean Anderson; Robert Burnworth and
Mary Burnworth; Roy Lowry and Debra Lowry; Virginia
Chapman; Berwind Corporation; Paul Singer; Vincent Max-
well and Jessica Maxwell; and Nancy Leone.

Petition of Richland Township.

Supreme Court of Pennsylvania.

May 16, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2016, the Petition for
Allowance of Appeal is **GRANTED.** The issues, as stated by
Petitioner, are:

1.  Was it proper for the board of commissioners to consid-
    er the boundary as shown in the tax assessment records
    not as evidence of the location of the original line but as
    a practical alternative in order to resolve the continuing
    uncertainty as to the location of the boundary?

2.  Was it proper for the board of commissioners—when
    faced with the inability to determine the original bound-
    ary—to consider the acquiescence of the municipalities
    to the boundary as reflected in the tax maps, the
    reliance by the landowners in the affected area on that
    tax map boundary, and the inducement of such reliance
    by the municipalities in order to resolve the continuing
    uncertainty as to the location of the original boundary?

416

Petitioner's Motion for Leave to Supplement Petition for Allowance of Appeal is **DENIED** as moot.